ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP -1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THU LOAN THAI DANG<br>a/k/a KIMMIE,<br><br>Defendant. | CRIMINAL CASE NO. 03-00095<br><br>**STIPULATION OF PARTIES<br>TO CONTINUE SENTENCING; AND<br>EXTEND DUE DATE OF<br>PRESENTENCE INVESTIGATION<br>REPORT** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request that the Sentencing hearing currently set for November 3, 2005, be continued to at least three (3) months thereafter to be set by the Court.

//
//
//

The parties also request an extension of the due date of the presentence investigation report which is currently due on September 29, 2005.

SO STIPULATED:

01 Sept 05
Date

CURTIS C. VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/30/05
Date

MARIVIC P. DAVID
Assistant U.S. Attorney