LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | |
| vs. | **ORDER re:** September 1, 2005, Stipulation Continuing Sentencing |
| THU LOAN THAI DANG, a/k/a KIMMIE, | |
| Defendant. | |

Based on the Stipulation of Parties filed September 1, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing, previously scheduled for November 3, 2005, is hereby moved to February 8, 2006, at 9:30 a.m., and the due date for the presentence report is extended to January 4, 2006.

S. JAMES OTERO*
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.