DangFHB1.MFO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THU LOAN THAI DANG, <br> aka KIMMIE, <br><br> Defendant. | CRIMINAL CASE NO. 03-00095 <br><br> UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE RE FIRST HAWAIIAN BANK ACCOUNT NO. 02-040476 |

COMES NOW the United States of America, by and through Leonardo M. Rapadas, United States Attorney for the Districts of Guam and the NMI, and Karon V. Johnson, Assistant United States Attorney for the District of Guam, to respectfully move this Honorable Court for a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. That on October 5, 2004, a Preliminary Order of Forfeiture was filed with this Court.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. That the last day for any claimant to file a claim was December 19, 2004.

4. The United States published a Legal Notice, in compliance of notification of the

-1-

Court's Preliminary Order of Forfeiture, in the Pacific Daily News, a newspaper of general circulation on November 5, 2004, November 12, 2004 and November 19, 2004. Said published Legal Notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

5. No other third party has made a claim to or declared any interest in the above-described forfeited property.

**WHEREFORE**, the United States moves this Court for a Final Order of Forfeiture declaring the $10,624.71 seized from the FIRST HAWAIIAN BANK ACCOUNT NO. 02-040476, the property of defendant Thu Loan Thai Dang, aka Kimmie, be forfeited as to all parties and vesting full right, title and interest in the FIRST HAWAIIAN BANK ACCOUNT NO. 02-040476, the property of defendant Thu Loan Thai Dang, aka Kimmie, in the United States and directing the United States Marshal to dispose of the defendant property according to law.

Respectfully submitted this ___7th___ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: ___/s/ Karon V. Johnson___
KARON V. JOHNSON
Assistant U.S. Attorney