DangUSAFCU2.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| ) | |
| vs. ) | FINAL ORDER OF FORFEITURE |
| ) | RE USA FEDERAL CREDIT UNION |
| THU LOAN THAI DANG, ) | CHECKING AND SAVINGS |
| aka KIMMIE, ) | ACCOUNT NO. 7318865 |
| ) | |
| Defendant. ) | |

**WHEREAS**, on October 5, 2004, this Court entered a Preliminary Order of Forfeiture forfeiting the $11,188.67 in United States Currency, which was seized from the USA Federal Credit Union Checking and Savings Account No. 7318865 (checking code 71), the property of defendant Thu Loan Thai Dang, aka Kimmie to the United States of America;

**AND WHEREAS**, on November 5, 2004, November 12, 2004 and November 19, 2004, the United States published in a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

-1-

1 | AND WHEREAS, the Court has been advised that no such petitions have been filed.

2 | Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United
3 | States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with
4 | the law;

5 | It is further **ORDERED, ADJUDGED and DECREED**:

6 | That pursuant to Title 21, United States Code, Section 853(n), that the right, title and
7 | interest to all of the hereinafter described property is hereby condemned, forfeited and vested in
8 | the United States of America, and shall be disposed of according to law:

9 | **a) Eleven Thousand One Hundred Eighty-Eight and Sixty-Seven Cents ($11,188.67)**
10 | **in United States Currency**, seized from the USA Federal Credit Union Checking and Savings
11 | Account No. 7318865.

12 | That any and all forfeited funds, including but not limited to currency, currency
13 | equivalents and certificates of deposit, as well as any income derived as a result of the United
14 | States Marshals management of any property forfeited herein, and the proceeds from the sale of
15 | any forfeited property, after the payment of costs and expenses incurred in connection with the
16 | forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the
17 | United States Marshal Service into the Department of Justice Asset Forfeiture Fund in

18 | \\
19 | \\
20 | \\
21 | \\
22 | \\
23 | \\
24 | \\
25 | \\
26 | \\
27 |
28 |

-2-

Case 1:03-cr-00095   Document 118   Filed 10/07/2005   Page 2 of 3

accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshal Service.

DATED this ___7th___ day of October, 2005.

*[signature]*
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

**RECEIVED**
OCT - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-