1  DangFHB1.FIN

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

**FILED**
DISTRICT COURT OF GUAM

OCT - 7 2005

MARY L.M. MORAN
CLERK OF COURT

9          IN THE UNITED STATES DISTRICT COURT

10            FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 03-00095
                                     )
13             Plaintiff,            )
                                     )
14        vs.                        )   **FINAL ORDER OF FORFEITURE**
                                     )   **RE FIRST HAWAIIAN BANK**
15  THU LOAN THAI DANG,              )   **ACCOUNT NO. 02-040476**
      aka KIMMIE,                    )
16                                   )
               Defendant.            )
17  _____ )

18

19      **WHEREAS**, on October 5, 2004, this Court entered a Preliminary Order of Forfeiture

20  forfeiting the $10,624.71 in United States Currency, which was seized from the First Hawaiian

21  Bank Account No. 02-040476, the property of defendant Thu Loan Thai Dang, aka Kimmie to

22  the United States of America;

23      **AND WHEREAS**, on November 5, 2004, November 12, 2004 and November 19, 2004,

24  the United States published in a newspaper of general circulation, notice of this forfeiture and of

25  the intent of the United States to dispose said property in accordance with the law and further

26  notifying all third parties of their right to petition the Court within thirty (30) days for a hearing

27  to adjudicate the validity of their alleged legal interest in the property;

28                            -1-

ORIGINAL

1      **AND WHEREAS**, the Court has been advised that no such petitions have been filed.

2      Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United

3 States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with

4 the law;

5      It is further **ORDERED, ADJUDGED and DECREED**:

6      That pursuant to Title 21, United States Code, Section 853(n), that the right, title and

7 interest to all of the hereinafter described property is hereby condemned, forfeited and vested in

8 the United States of America, and shall be disposed of according to law:

9      **a) Ten Thousand Six Hundred Twenty-Four and Seventy-One Cents ($10,624.71)**

10 **United States Currency**, seized from the First Hawaiian Bank Account No. 02-040476.

11      That any and all forfeited funds, including but not limited to currency, currency

12 equivalents and certificates of deposit, as well as any income derived as a result of the United

13 States Marshals management of any property forfeited herein, and the proceeds from the sale of

14 any forfeited property, after the payment of costs and expenses incurred in connection with the

15 forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the

16 United States Marshal Service into the Department of Justice Asset Forfeiture Fund in

17 \\

18 \\

19 \\

20 \\

21 \\

22 \\

23 \\

24 \\

25 \\

26 \\

27

28      -2-

1 | accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code,

2 | Section 881(e).

3 | The Clerk is hereby directed to send copies of this Order to all counsels of record and

4 | three certified copies to the United States Marshal Service.

5 | DATED this ___7th___ day of October, 2005

6

7 | JOAQUIN V. E. MANIBUSAN, JR.

8 | Magistrate Judge
District Court of Guam

9

10

11

12 | Presented by:

13 | LEONARDO M. RAPADAS
United States Attorney

14 | Districts of Guam and the NMI

15

16 | By: _____

17 | KARON V. JOHNSON
Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28 | -3-



RECEIVED
OCT - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM