DangFHB2.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| vs. ) | FINAL ORDER OF FORFEITURE |
| ) | RE FIRST HAWAIIAN BANK |
| KONG KWOK CHANG aka ) | ACCOUNT NO. 02-044471 |
| KEN CHAN and THU LOAN THAI ) | |
| DANG, aka KIMMIE, ) | |
| Defendants. ) | |

**WHEREAS**, on September 16, 2004 and October 5, 2004, this Court entered Preliminary Orders of Forfeiture forfeiting the $12,303.11 in United States Currency, which was seized from the First Hawaiian Bank Account No. 02-044471, the property of defendants Kong Kwok Chang aka Ken Chan and Thu Loan Thai Dang, aka Kimmie to the United States of America;

**AND WHEREAS**, on November 5, 2004, November 12, 2004 and November 19, 2004, the United States published in a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further

-1-

notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

**AND WHEREAS**, the Court has been advised that no such petitions have been filed.

Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with the law;

It is further **ORDERED, ADJUDGED and DECREED**:

That pursuant to Title 21, United States Code, Section 853(n), that the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**a) Twelve Thousand Three Hundred Three Dollars and Eleven Cents ($12,303.11) United States Currency**, seized from the First Hawaiian Bank Account No. 02-044471.

That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshals management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund in

\\
\\
\\
\\
\\
\\
\\
\\

accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshal Service.

DATED this __7th__ day of October, 2005.

*[signature]*
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

RECEIVED
OCT - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-