

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>           Plaintiff, ) <br> vs. ) <br> ) <br> THU LOAN THAI DANG ) <br> a.k.a. "KIMMIE" ) <br> ) <br>           Defendant. ) <br> _____ ) | USDC Cr. Cs. No. 03-00095-002 <br><br> **INFORMATIONAL REPORT** <br> **REQUEST FOR CONTINUANCE OF** <br> **PRESENTENCE REPORT** |

On February 3, 2004, the defendant, Thu Loan Thai Dang a.k.a. "Kimmie," pled guilty to a Superceding Indictment that charged her with the offenses, to wit: Count I: Conspiracy to Import Methamphetamine Hydrochloride; Count III: Conspiracy to Distribute Methamphetamine Hydrochloride; Count IV: Importation of Methamphetamine Hydrochloride; Count VI: Distribution of Methamphetamine Hydrochloride; Count VII: Conspiracy to Launder Monetary Instruments; and Count VIII: Forfeiture Allegation, all in violation of 21 U.S.C. §§ 952(a), 960, 963, 841(a)(1), 846, and 18 U.S.C. §§ 1956(a)(1)(B)(i), (a)(2)(B)(i)( and (h). A Status Hearing was scheduled for April 2, 2004. After several continuances of the Status Hearing, the Court set Sentencing for August 2, 2005. Subsequently, the parties stipulated to continue the Sentencing date and submission of the presentence report. A new Sentencing date of March 15, 2006 was set with the presentence report due on January 25, 2006. The defendant is currently released on conditions.

On June 3, 2004 and August 30, 2005, the probation officer contacted the defendant's attorney, Curtis Van de Veld, to conduct an interview of the defendant for the presentence report. Attorney Van de Veld denied the probation officer access to the defendant due to her continuing cooperation with investigating authorities. On September 27, 2005, the probation officer was again denied access to the defendant by the attorney. The probation officer requested that the attorney have the defendant fill out investigative forms so that preliminary investigations for the report could be conducted while protecting the integrity of her cooperation. Those documents were not returned to the probation officer by counsel.

On January 9, 2006, the probation officer again contacted Attorney Van de Veld's office for interview of the defendant and the return of the investigative forms. Attorney Van de Veld informed the probation officer that his client continues to cooperate with investigating authorities and he will not allow the probation officer to speak with her at this time. As for the investigative forms, Attorney Van de Veld could not confirm if they were completed by the client, but would let the officer know as soon as he contacted her. On January 12, 2006, Attorney Van de Veld and Assistant U.S. Attorney Marivic P. David informed the probation officer that they would be seeking another continuance of the Sentencing date and the submission of the presentence report due to the defendant's continued cooperation. The defendant, upon advice of counsel, will not speak to the probation officer without her attorney present.

ORIGINAL

Informational Report
Request for Continuance of Presentence Report
Re: Thu Loan Thai Dang
USDC Cr.Cs. #: 03-00095-002
Page 2

The probation officer is submitting this report to advise the Court that the presentence investigation report ordered for January 25, 2006 will not be completed. The parties have been apprized that the probation officer would be submitting this report to the Court and have no objections as to its content.

RESPECTFULLY submitted this 24th day of January 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARLEEN G. BORJA
U.S. Probation Officer

Approved by:

_____        1/24/06
FRANK MICHAEL CRUZ              DATE
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
    Curtis Van de Veld, Defense Counsel