ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THU LOAN THAI DANG a/k/a KIMMIE, <br><br> Defendant. | CRIMINAL CASE NO. 03-00095 <br><br> **STIPULATION OF PARTIES TO CONTINUE SENTENCING; AND EXTEND DUE DATE OF PRESENTENCE INVESTIGATION REPORT** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request for an extension at least two (2) months for the due date of the presentence investigation report, which was due on January 25, 2006, for the reason that the defendant and U.S. Probation Officer require additional time in its

//

//

preparation; and that the Sentencing hearing currently set for March 15, 2006, be continued as well to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/1/06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

2-1-06
Date

CURTIS C. VAN DE VELD
Attorney for Defendant

2

Case 1:03-cr-00095    Document 131    Filed 02/02/2006    Page 2 of 2