LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB - 3 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| THU LOAN THAI DANG, a/k/a KIMMIE, ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed February 2, 2006, in the above-captioned matter, and the Informational Report filed by the U.S. Probation Office on January 25, 2006;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to May 18, 2006, at 9:00 a.m. The presentence report shall be provided to the parties by March 30, 2006. The parties shall file their responses to the presentence report no later than April 13, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 27, 2006.

**IT IS FURTHER ORDERED** that defense counsel shall permit the U.S. Probation Officer to have access to the Defendant in order to interview her and prepare the presentence report in accordance with the deadlines set forth above. Failure to do so may result in the

**ORIGINAL**

imposition of sanctions.

The parties are advised that a further request for a continuance of the sentencing date, without substantial justification, will be highly disfavored.

DATED: February 3, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge