

FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA )   USDC Cr. Cs. No. 03-00095-002
        Plaintiff, )
vs. )
) **INFORMATIONAL REPORT CONCERNING**
THU LOAN THAI DANG ) **PRESENTENCE INTERVIEW**
a.k.a. "KIMMIE" )
)
        Defendant. )
_____ )

    On February 3, 2004, the defendant, Thu Loan Thai Dang a.k.a. "Kimmie," pled guilty to a Superceding Indictment that charged her with the offenses, to wit: <u>Count I</u>: Conspiracy to Import Methamphetamine Hydrochloride; <u>Count III</u>: Conspiracy to Distribute Methamphetamine Hydrochloride; <u>Count IV</u>: Importation of Methamphetamine Hydrochloride; <u>Count VI</u>: Distribution of Methamphetamine Hydrochloride; <u>Count VII</u>: Conspiracy to Launder Monetary Instruments; and <u>Count VIII</u>: Forfeiture Allegation, all in violation of 21 U.S.C. §§ 952(a), 960, 963, 841(a)(1), 846, and 18 U.S.C. §§ 1956(a)(1)(B)(i), (a)(2)(B)(i)( and (h). A Status Hearing was scheduled for April 2, 2004. After several continuances of the Status Hearing, the Court set Sentencing for August 2, 2005. Subsequently, the parties stipulated to continue the Sentencing date and submission of the presentence report. A new Sentencing date of March 15, 2006 was set with the presentence report due on January 25, 2006.

    On January 25, 2006, the probation officer submitted an Informational Report to the Court concerning the inability to conduct a presentence investigation interview with the defendant therefore resulting in the inability to complete the Court ordered presentence report. On February 2, 2006, the parties submitted a Stipulation to Continue Sentencing and Extend the Due Date of the Presentence Investigation Report which was approved by the Court on February 3, 2006. The Court included an Order that defense counsel shall permit the probation officer to have access to the defendant in order to interview her and prepare the presentence report. The Court further advised that failure to do so may result in the imposition of sanctions.

    On February 8, 2006, the probation officer contacted the defendant's attorney, Curtis Van de Veld, for an interview of the defendant for the presentence report. Attorney Van de Veld requested that the probation officer contact him on February 10, 2006. On February 10, 2006, the probation officer called Attorney Van de Veld's office as requested, but who failed to return the call. On February 15, 2006, the probation officer contacted Attorney Van de Veld who stated that he was trying to get a hold of his client for the interview and will contact the probation officer as soon as he can.

    On February 22, 2006, the probation officer left a message with Attorney Van de Veld's receptionist that an interview with the defendant was scheduled for February 24, 2006 at 9:00 a.m. at the probation office. Later the same day, the officer confirmed with Attorney Van de Veld

ORIGINAL

Informational Report
Request for Continuance of Presentence Report
Re: Thu Loan Thai Dang
USDC Cr.Cs. #: 03-00095-002
Page 2

the appointment on February 24, 2006. Attorney Van de Veld stated that he would contact his client for the interview. On February 24, 2006, both the attorney and the defendant failed to appear at the probation office for the presentence interview. No phone call was made by counsel or defendant to explain their absence.

The probation officer later contacted the defendant on February 24, 2006, who stated that her attorney contacted her on February 23, 2006 to meet with him at his office, however she informed him that she was ill. She further stated that she was not told of an appointment to meet with the probation officer. The probation officer instructed the defendant to report to the probation office on February 27, 2006 at 8:30 a.m. with or without her attorney and with the necessary documents previously provided to her attorney for the presentence investigation. Attorney Van de Veld was informed of the new interview date.

On February 27, 2006, both the attorney and the defendant again failed to appear for the presentence interview. Attorney Van de Veld called after the scheduled appointment time and stated that he was unable to make the interview due to previous engagements and will provide the probation officer with investigatory documents filled out by the defendant on the same day. The probation officer is not in receipt of those documents.

The probation officer is submitting this report to advise the Court that the presentence investigation interview has not been conducted, to date, despite the Court's previous order on February 3, 2006 that the defendant be made available for the interview. The probation officer requests that the Court take whatever action is deemed necessary in this matter to compel the defense attorney and the defendant to comply with the Court's order.

RESPECTFULLY submitted this 27th day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARLEEN G. BORJA
U.S. Probation Officer

Approved by:

_____          2/27/06
CHRISTOPHER J. DUENAS              DATE
U.S. Probation Officer Specialist

cc: Marivic P. David, AUSA
    Curtis Van de Veld, Defense Counsel