FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| vs. ) | |
| THU LOAN THAI DANG aka "KIMMIE, ) | **ORDER** |
| Defendant. ) | |

On February 3, 2006, the Court issued an Order directing defense counsel to permit the U.S. Probation Officer to have access to the Defendant in order to interview her and timely prepare the presentence report. See Order, Docket No. 132. On February 28, 2006, an Informational Report was filed advising the Court that no presentence investigation interview has been conducted to date because the Defendant and defense counsel failed to appear for two schedule appointments with the Probation Officer. (Docket No. 133.) Accordingly, the Defendant and defense counsel are both ordered to appear before the Court for a status hearing on Friday, March 3, 2006 at 10:45 a.m. to explain why they should not be sanctioned for failing to appear as required.

SO ORDERED this 28th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL