# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Thu Loan Thai Dang aka "Kimmie",<br><br>　　　　Defendant. | Case No. 1:03-cr-00095-002<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed February 28, 2006***, on the dates indicated below:

*U.S. Attorney's Office　Curtis Van de Veld　U.S. Probation Office　U.S. Marshals Service*
*March 1, 2006　　　　　March 1, 2006　　　　March 1, 2006　　　　　March 1, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed February 28, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 1, 2006　　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk