ORIGINAL

```
                                              FILED
                                         DISTRICT COURT OF GUAM

LEONARDO M. RAPADAS                           MAR - 9 2006
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney                    MARY L.M. MORAN
Sirena Plaza Suite 500                     CLERK OF COURT
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES** |
| ) | **TO RESCHEDULE STATUS** |
| ) | **CONFERENCE** |
| vs. ) | |
| ) | |
| THU LOAN THAI DANG ) | |
| a/k/a KIMMIE, ) | |
| ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request for a status conference during the period

//
//
//
//

of August 2006, a date and time to be set by the Court.

SO STIPULATED:

                                                        LEONARDO M. RAPADAS  
                                                        United States Attorney  
                                                        Districts of Guam and NMI

3/7/06  
Date

                                                       MARIVIC P. DAVID  
                                                       Assistant U.S. Attorney

                                                       **Original Signed By**  
08 March 06                               **Curtis C. Van de veld**  
Date

                                                       CURTIS C. VAN DE VELD  
                                                       Attorney for Defendant