```
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )<br>            )<br>            )<br>THU LOAN THAI DANG, )<br>a/k/a KIMMIE, )<br>            )<br>        Defendant. )<br>_____ ) | CRIMINAL CASE NO. 03-00095<br><br>**ORDER**<br>**Re: March 9, 2006**<br>**Stipulation of Parties** |

Based on the Stipulation of Parties filed March 9, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference is continued to August 9, 2006, at 2:30 p.m.

___March 10, 2006___
        DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**