ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THU LOAN THAI DANG, )<br>a/k/a KIMMIE, )<br>)<br>Defendant. ) | CRIMINAL CASE NO. 03-00095<br><br>**STIPULATION OF PARTIES TO CONTINUE SENTENCING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Curtis C. Van de veld, hereby stipulate to continue the sentencing,

//
//
//
//
//
//
//
//
//

currently scheduled for May 18, 2006, and that it be rescheduled to a date approximately 45 days after the defendant's currently scheduled status conference to be held on August 9, 2006, to be selected by the court.

The parties make this request to allow for the further assessment of the defendant's cooperation with federal authorities, and the U.S. Probation Office may require additional time to update the presetence investigation report.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 3/21/06

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 21 March 06

_____
CURTIS C. VAN DE VELD
Attorney for Defendant