ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> THU LOAN THAI DANG ) <br> a/k/a KIMMIE ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00095 <br><br> **STIPULATION OF PARTIES AMENDING CONDITIONS OF RELEASE** |

The United States of America, by and through its undersigned counsel, and defendant THU LOAN THAI DANG a/k/a KIMMIE, by and through her counsel, Curtis C. Van de Veld, hereby stipulate that the defendant be released on her personal recognizance subject to the following conditions:

1. Remain at a fixed address and telephone number and shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing once such address and telephone numbers are obtained. and before any such change in address and telephone number; she is to also contact Special Agent Danny Cho, Drug Enforcement Administration ("DEA") at (671) 472-7281, or a designated representative in Guam and Oakland, California, and U.S. Probation Officer Specialist Christopher Duenas at (671) 473-9201 of such information;

2. Not leave California unless otherwise approved by the Court;

3. Report on a regular basis to DEA Special Agent Danny Cho or a designated representative at (671) 472-7281 in Guam and DEA Special Agent Harry Kindorf in Oakland, California or a designated representative at (510) 637-5741 as directed;

4. Maintain or actively seek employment;

5. Refrain from possessing a firearm, destructive device, or other dangerous weapon;

6. Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and any other controlled substances as defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner; and submit to testing for the detection of alcohol, narcotic drug, and controlled substances at the direction of the designated representative of the U.S. Pretrial Services Office in Oakland, California;

7. Shall not commit any offense in violation of federal, state, or local law while on release in this case, and abide by all the terms of her plea agreement;

8. Report to a designated representative of the U.S. Probation Office in Guam and/or Supervisory Pretrial Officer Sylvio Lugo at (510) 637-3758 or a designated representative of the Oakland Division U.S. Pretrial Services Offices for supervision as directed;

9. Shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. and

10. The defendant shall submit to search of person, place of residence and vehicle at direction of U.S. Pretrial Services.

The parties make this request for the reason that the defendant is currently cooperating with law enforcement agents including the DEA, and her cooperation is further needed in California.

The defendant will effect her transportation to Oakland, California at her own expense, on or about _____, or soon thereafter. She shall contact DEA Special Agent Danny Cho at (671) 472-7281, or a designated representative in Guam and Special Agent Harry Kindorf in Oakland, California at (510) 637-5741 as directed immediately upon her arrival in California.

//
//
//
//
//
//

The defendant has read this stipulation, it has been explained to her by her attorney, and she fully understands it.

SO STIPULATED:

03/24/06
DATE

THU LOAN THAI DANG a/k/a KIMMIE
Defendant

23 March 06
DATE

CURTIS C. VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

3/20/06
DATE

By:

MARIVIC P. DAVID
Assistant U.S. Attorney

3/23/06
DATE

CHRISTOPHER DUENAS
U.S. Probation Officer Specialist

3