LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THU LOAN THAI DANG,<br>a/k/a KIMMIE,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 03-00095<br><br>**ORDER**<br>Re: March 22, 2006<br>**Stipulation of Parties**<br>**to Continue Sentencing** |

Based on the stipulation of parties in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

IT IS HEREBY ORDERED that the sentencing hearing presently set for May 18, 2006, is continued to October 12, 2006, at 10:00 a.m. The presentence report shall be provided to the parties by August 24, 2006. The parties shall file their responses to the presentence report no later than September 7, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than September 21, 2006.

SO ORDERED this 27th day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**