LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> THU LOAN THAI DANG, ) <br> a/k/a KIMMIE, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00095 <br><br> **ORDER** <br> Re : March 23, 2006 <br> **Stipulation of Parties** <br> **Amending Conditions of Release** |

Based on the Stipulation of Parties Amending Conditions of Release, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the conditions of release of the defendant is amended to reflect the conditions set forth in the above-referenced Stipulation of Parties.

DATED this 29th day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**