ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | |
| vs. | **MOTION TO VACATE STATUS CONFERENCE** |
| THU LOAN THAI DANG a/k/a KIMMIE, | |
| Defendant. | |

Comes now the United States of America, by and through the undersigned attorneys, and moves this Honorable Court to vacate the status conference set August 9, 2006, for the reason that sentencing in said matter has previously been set for October 12, 2006.

RESPECTFULLY submitted this 9th day of August 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MARIVIC P. DAVID
Assistant U.S. Attorney