LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | Granting Motion to Vacate Status Conference |
| THU LOAN THAI DANG, ) | |
| a/k/a KIMMIE, ) | |
| Defendant. ) | |

Based on the Government's Motion to Vacate Status Conference filed on August 9, 2006, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the status hearing set for August 9, 2006, be vacated.

DATE: August 9, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**