ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| vs. | |
| THU LOAN THAI DANG a/k/a KIMMIE, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request that the Sentencing hearing currently set for October 12, 2006, be continued approximately six (6) weeks thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/11/06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

10-11-06
Date

CURTIS C. VAN DE VELD
Attorney for Defendant