LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 12 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **Re: Stipulation of Parties** |
| ) | **to Continue Sentencing** |
| ) | |
| THU LOAN THAI DANG, ) | |
| a/k/a KIMMIE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the above-referenced stipulation filed  Oct. 11, 2006 , in the above-captioned

matter, and the Court finding good cause for the issuance of the order;

   **IT IS HEREBY ORDERED** that the sentencing hearing is continued to

 November 29    200 6 , at  9:30    a .m.

DATE:  Oct. 12, 2006 

John C. Coughenour
Senior District Court Judge
District Court of Guam

ORIGINAL