ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1** |
| THU LOAN THAI DANG, aka "KIMMIE," | |
| Defendant. | |

The United States moves this Honorable Court for a departure from the Guidelines level, as provided by USSG Section 5K1.1., on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam and elsewhere.

The government is filing under seal a separate sentencing memorandum concerning such cooperation. The government will recommend that defendant receive a sentence of 37 months incarceration.

RESPECTFULLY SUBMITTED this 20th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney