ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT; AND MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY |
| THU LOAN THAI DANG, ) aka "KIMMIE," ) | |
| Defendant. ) | |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following notations:

The defendant has assisted authorities in the investigation and prosecution of her own misconduct by notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Paragraph 72 correctly reflects that a total three-level decrease for acceptance of responsibility under U.S.S.G. § 3E1.1(b) is warranted.

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 20th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2