LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> THU LOAN THAI DANG, ) <br> aka "KIMMIE," ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00095 <br><br><br> **RECOMMENDED FORFEITURE LANGUAGE FOR JUDGMENT OF CONVICTION** |

Comes now the United States and requests that the following information concerning forfeiture be reflected in the judgment of conviction for sentencing in the above-entitled case: that the defendant THU LOAN THAI DANG's aka "KIMMIE" interest in the following properties be forfeited to the United States:

(a) $62,780.14 in U.S. currency in lieu of real property located at 10758 SE Forest View Lane, Portland, Oregon;

(b) First Hawaiian Bank account # XX-XX0476;

(c) First Hawaiian Bank account # XX-XX4471;

(d) First Hawaiian Bank account # XX-XX5011;

(e) USA Federal Credit Union account # XXX8865 (savings) and # XXX8865 (checking);

(f) US Bank Money Market account # X-XXX-XXXX-0713;

(g) 2002 Lexus Automobile, Model RX300, VIN # JTJHF10U520277477

Dated this 20th day of November 2006.

                                         LEONARDO M. RAPADAS
                                         United States Attorney
                                         Districts of Guam and CNMI

By:                               
                                         MARIVIC P. DAVID
                                         Assistant U.S. Attorney

2