ORIGINAL

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: THU LOAN THAI DANG

**FILED**
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES OF AMERICA
## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>THU LOAN THAI DANG, <br>a/k/a "KIMMIE," <br><br>Defendant. | Criminal Case No. CR03-00095 <br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

COME NOW the UNITED STATES OF AMERICA by the United States Attorney Mr. Leonardo M. Rapadas, through Assistant United States Attorney Ms. Marivic P. David, Esq., and the Defendant NANCY MARY P. REYES CASTRO, by and through her court appointed counsel, Mr. Curtis C. Van de veld, Esq., of VAN DE VELD SHIMIZU CANTO & FISHER to stipulate and agree that the sentencing hearing scheduled for November 28, 2006, should be continued to a date in early February 2007 for the following reasons:

1. Defendant is presently off-island in the state of California, as she has been there for many months providing cooperation to the Drug Enforcement Administration at the sole expense of Defendant and she needs to arrange and return to Guam for purpose of sentencing.

UNITED STATES OF AMERICA, Plaintiff v. THU LOAN THAI DANG, a/k/a "KIMMIE", Defendant
**STIPULATION TO CONTINUE SENTENCING HEARING**
CRIMINAL CASE NO. CR03-00095
Page 1

Case 1:03-cr-00095   Document 174   Filed 11/27/2006   Page 1 of 2

2. Defendant's counsel has not had an opportunity to confer with Defendant about the Presentence Report, the sentencing pleadings filed by the government, or generally about sentencing procedure due to Defendant having been off-island since time prior to the preparation of the Presentence Report, and will need time to perform those tasks upon Defendant's return and to file the Defendant's Statement about the Presentence Report as required by the rules which may include research of facts of like circumstances, law and submission of exhibits to be gathered after conference with Client.

3. Only last week were Defense Counsel and Defendant informed that the government desired to proceed to sentencing, despite numerous requests for status report to the government, which delay is in part due to the fact that many of the people involved in Defendant's lengthy history of cooperation are no longer on island and the government has had to gather information from persons outside of Guam.

SO STIPULATED:

| UNITED STATES OF AMERICA<br>Mr. LEONARDO M. RAPADAS, Esq.<br>United States Attorney<br>for the District of Guam | VAN DE VELD SHIMIZU CANTO & FISHER |
|---|---|
| By: _____<br>Ms. Marivic P. David, Esq.<br>Assistant United States Attorney | _____<br>Mr. Curtis C. Van de veld, Esq.<br>*Attorney for Defendant*<br>THU LOAN THAI DANG |
| Dated: 11/27/06 | Dated: November 27, 2006. |

CCV:ccv
VSCF/T.L.T. DANG/CR000605

UNITED STATES OF AMERICA, Plaintiff v. THU LOAN THAI DANG, a/k/a "KIMMIE", Defendant
**STIPULATION TO CONTINUE SENTENCING HEARING**
**CRIMINAL CASE NO. CR03-00095**
Page 2

Case 1:03-cr-00095    Document 174    Filed 11/27/2006    Page 2 of 2