# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00095　　　　　　　　　DATE: November 28, 2006

---

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Kim M. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:32:47 - 9:46:30 |
| CSO: B. Pereda | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Thu Loan Thai Dang | Attorney: Curtis Van De Veld |
| DEFENDANT NOT PRESENT | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| ☐ Present ☐ Custody ☐ Bond ☑ P.R. | |
| U.S. Attorney: Marivic P. David | U.S. Agent: Marvin Desamito, D.E.A. |
| U.S. Probation: Carleen Borja | U.S. Marshal: D. Punzalan |
| Interpreter: Jane Hua, previously sworn | Language: Vietnamese |

---

**PROCEEDINGS: Sentencing**
- Defense counsel explained the reason for his client's non-appearance.
- Motion to continue sentencing <u>granted</u>.
- Sentencing continued to: <u>February 6, 2007 at 10:00 A.M.</u>
- Defendant's Response to Presentence Report due: <u>January 8, 2007.</u>
- Defendant released as previously ordered by this Court.

NOTES: