# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# **AMENDED CRIMINAL MINUTES

CASE NO.: CR-03-00095　　　　　　　　DATE: November 28, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim M. Walmsley　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　Electronically Recorded: 9:32:47 - 9:46:30
CSO: B. Pereda

**APPEARANCES:**

Defendant: Thu Loan Thai Dang　　　　Attorney: Curtis Van De Veld
DEFENDANT NOT PRESENT　　　　　　☒ Present ☒ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Marivic P. David　　　　U.S. Agent: Marvin Desamito, D.E.A.
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: D. Punzalan
Interpreter: Jane Hua, previously sworn　Language: Vietnamese

**PROCEEDINGS: Sentencing**

- **The Court denied the Stipulation to Continue Sentencing submitted by the parties. No further written order will be forthcoming.
- Defense counsel explained the reason for his client's non-appearance.
- **Oral Motion to continue sentencing <u>granted</u>.
- Sentencing continued to: <u>February 6, 2007 at 10:00 A.M.</u>
- Defendant's Response to Presentence Report due: <u>January 8, 2007.</u>
- Defendant released as previously ordered by this Court.

NOTES: