VAN DE VELD SHIMIZU CANTO&FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: THU LOAN THAI DANG

FILED
DISTRICT COURT OF GUAM
JAN 18 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES OF AMERICA
## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THU LOAN THAI DANG, <br> a/k/a "KIMMIE," <br><br> Defendant. | Criminal Case No. CR03-00095 <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** |

COME NOW the UNITED STATES OF AMERICA by the United States Attorney Mr. Leonardo M. Rapadas, through Assistant United States Attorney Ms. Marivic P. David, Esq., and the Defendant THU LOAN THAI DANG, by and through her counsel, VAN DE VELD SHIMIZU CANTO&FISHER, by Mr. Curtis C. Van de veld, Esq., to stipulate and agree that the sentencing hearing scheduled for February 2007, should be continued to a date in mid March 2007 for the following reasons:

1. Defendant has just returned to Guam from being off-island as set forth in her declaration filed contemporaneously herewith, explaining that due to economic reasons she was unable to return from the state of California where she has been there for many months providing cooperation to the Drug Enforcement Administration at the sole expense of Defendant;

UNITED STATES OF AMERICA, Plaintiff v. THU LOAN THAI DANG, a/k/a "KIMMIE", Defendant
**STIPULATION TO CONTINUE SENTENCING HEARING**
**CRIMINAL CASE NO. CR03-00095**
Page 1

Case 1:03-cr-00095   Document 177   Filed 01/18/2007   Page 1 of 2

2. Defendant and her counsel have not had an opportunity to confer with each other about the Presentence Report, the sentencing pleadings filed by the government, or generally about sentencing procedure due to Defendant having been off-island since time prior to the preparation of the Presentence Report, and will need time to perform those tasks upon Defendant's return and to file the Defendant's Statement about the Presentence Report as required by the rules which may include research of facts of like circumstances, law and submission of exhibits to be gathered after conference with Client.

3. Defendant and her counsel have begun to discuss the sentencing matters and desire to prepare to present her position regarding sentencing to demonstrate that she has performed significantly more during her cooperation than has thus far been indicated in the government's Memoranda and once received by the government, the government will need time to verify the matter with the DEA agents no longer on Guam who were the persons that Defendant assisted so that there is no dispute as to the extensiveness of Defendant's cooperation.

SO STIPULATED:

| UNITED STATES OF AMERICA<br>Mr. LEONARDO M. RAPADAS, Esq.<br>United States Attorney<br>for the District of Guam<br><br>By: _____<br>Ms. Marivic P. David, Esq.<br>Assistant United States Attorney<br><br>Dated: 1/18/07 | VAN DE VELD SHIMIZU CANTO & FISHER<br><br>_____<br>Mr. Curtis C. Van de veld, Esq.<br>*Attorney for Defendant*<br>THU LOAN THAI DANG<br><br>Dated: January 18, 2007. |

CCV:ccv
VSCF/T.L.T. DANG/CR000616

UNITED STATES OF AMERICA, Plaintiff v. THU LOAN THAI DANG, a/k/a "KIMMIE", Defendant
**STIPULATION TO CONTINUE SENTENCING HEARING**
**CRIMINAL CASE NO. CR03-00095**
Page 2

Case 1:03-cr-00095   Document 177   Filed 01/18/2007   Page 2 of 2