VAN DE VELD SHIMIZU CANTO&FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2886

Attorneys for Defendant: THU LOAN THAI DANG

FILED
DISTRICT COURT OF GUAM
JAN 18 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THU LOAN THAI DANG, )<br>a/k/a "KIMMIE," )<br>)<br>Defendant. )<br>) | Criminal Case No. CR-03-00095<br><br>**DECLARATION OF DEFENDANT RE: MOTION TO CONTINUE SENTENCING HEARING** |

COMES NOW Defendant THU LOAN THAI DANG, also known as KIMMIE DANG, through her counsel VAN DE VELD SHIMIZU CANTO&FISHER, Curtis C. Van de veld, Esq., to declare to the court as follows:

1. I am a natural person, the defendant in this matter identified above, over the age of majority of sound mind and if called upon to do so, I believe that I could competently testify to the facts stated herein;

2. I was informed by my lawyer in early December that I needed to make arrangements to travel back to Guam for sentencing in my case. At that time I was in San Jose and I was the sole person providing for my support. I tried to make arrangements to return to Guam but my only means of payment for my ticket was to use mileage I had accrued in the

ORIGINAL

past as I had little income while working in San Jose as an Informant for the Drug Enforcement Administration.

3. Due to the fact that I was only able to use mileage for purchase of my airline ticket, I could not get a return ticket allowing me to be in Guam earlier than January 16, 2007;

4. The following day I met with my attorney and he has provided me with sentencing memoranda to review and we are preparing to discuss all my three years of cooperation and the accomplishments of that cooperation as well as the sentencing memoranda;

5. I ask that the court will allow me to continue my sentencing so that I and my lawyer may prepare to present to the court a full and complete presentation of my cooperation, my rehabilitation and my intention to live a crime free life hereafter and continue to assist the San Jose Drug Enforcement Agency as they have asked if sentenced to a time that allows me to maintain the contacts that I worked to build in that community;

FURTHER YOUR DECLARANT SAYETH NAUGHT this Thursday, January 18, 2007, swearing and affirming that the foregoing is true and correct to the best of my knowledge and belief under penalty of perjury of the laws of Guam pursuant to 6 G.C.A. §4308.

_____
THU LOAN THAI DANG, Defendant

CCV:ccv
VSCF/T.L.T. DANG/CR000615