VAN DE VELD SHIMIZU CANTO FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Defendant: THU LOAN THAI DANG

FILED
DISTRICT COURT OF GUAM

JAN 1 9 2007 nbo

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. CR03-00095 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| THU LOAN THAI DANG, a/k/a "KIMMIE," | ) **Re: Continuing Date Of Sentencing Hearing** |
| Defendant. | ) |

THIS MATTER having come before the court on stipulation of the parties, and good cause therein having been shown, the court continues the hearing on Defendant's Sentencing to March 21, 2007 at the hour of 9:30 a.m. Defendant shall file Defendant's Position re: Sentencing thirty days prior to Sentencing.

SO ORDERED: 1/19/07.

By: _____
HONORABLE FRANCES M. TYDINGCO-GATEWOOD
Chief Judge,
District Court Of Guam

CCV:ccv
VSCF/T.L.T. DANG/CR000617

**ORIGINAL**

UNITED STATES OF AMERICA, Plaintiff v. THU LOAN THAI DANG, a/k/a "KIMMIE", Defendant
ORDER Re: Continuing Date Of Sentencing Hearing
CRIMINAL CASE NO. CR03-00095
Page 1

Case 1:03-cr-00095   Document 179   Filed 01/19/2007   Page 1 of 1