1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00095 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R**<br>) **Re: Stipulation of Parties to**<br>) **Continue Sentencing** |
| THU LOAN THAI DANG,<br>aka KIMMIE, | ) |
| Defendant. | ) |

**IT IS SO ORDERED** that the Sentencing hearing currently scheduled for March 21, 2007, is to remain on calendar. The parties should come prepared to proceed with sentencing at that time or provide the court with a very detailed status report as to why this matter should be continued. Any agent needed to testify regarding these matters should also be available either in person or by video.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 16, 2007**