LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| THU LOAN THAI DANG, aka KIMMIE, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the sentencing be filed under seal and remain sealed until the conclusion of the case.

                                           **/s/ Frances M. Tydingco-Gatewood**
                                                       **Chief Judge**
                                           **Dated: Mar 16, 2007**