# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-03-00095-002          DATE: March 21, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 9:33:55 - 10:01:19
                                                     (9:41:13 - 10:00:25 - sealed portion)

CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Thu Loan Thai Dang          Attorney: Curtis Van de Veld
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson     U.S. Agent: J. Anderson, B. Keenan, M. Ramos, and M. Jong - D.E.A.
U.S. Probation: Carleen Borja     U.S. Marshal: T. Muna
Interpreter: Jane Hua     Language: Vietnamese

**PROCEEDINGS: Continued Sentencing**
- Status Hearing set for: June 20, 2007 at 10:00 a.m.
- Sentencing continued to: July 20, 2007 at 9:30 a.m.
- Defendant released as previously ordered by this Court.

NOTES: