LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 12 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | ) |
| vs. | ) GOVERNMENT'S MOTION<br>) TO FILE STIPULATION OF PARTIES<br>) AMENDING CONDITIONS<br>) OF RELEASE UNDER SEAL |
| THU LOAN THAI DANG<br>a/k/a KIMMIE, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file Stipulation of Parties Amending Conditions of Release under seal.

RESPECTFULLY SUBMITTED this _11th_ day of April 2007.

                                                LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and CNMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney