LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00095 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **Re: April 11, 2007** |
| | ) | **Government's Motion to** |
| | ) | **File Stipulation of Parties** |
| THU LOAN THAI DANG | ) | **Under Seal** |
| a/k/a "KIMMIE,", | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Government's Motion to File Stipulation of Parties Amending Conditions of Release Under Seal, filed April 11, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Stipulation be filed under seal.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Apr 12, 2007**