LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>THU LOAN THAI DANG<br>a/k/a "KIMMIE,",<br><br>      Defendant. | CRIMINAL CASE NO. 03-00095<br><br>**ORDER**<br>**Re: April 10, 2007**<br>**Stipulation of Parties**<br>**Amending Conditions of Release** |

  Based on the Stipulation of Parties Amending Conditions of Release filed April 10, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

  **IT IS HEREBY ORDERED** that the conditions of release of defendant is amended to reflect the conditions set forth in the above-referenced stipulation.

  **SO ORDERED.**

              /s/ Frances M. Tydingco-Gatewood
                Chief Judge
             **Dated: Apr 12, 2007**