ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 1 3 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> THU LOAN THAI DANG <br> a/k/a KIMMIE, <br> Defendant. | CRIMINAL CASE NO. 03-00095 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING AND SENTENCING** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request that the status hearing and sentencing hearing currently set for June 20, 2007, and July 20, 2007, respectively, each be continued to at least three (3) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/13/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

13 June 07
Date

CURTIS C. VAN DE VELD
Attorney for Defendant