LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| THU LOAN THAI DANG ) | |
| a/k/a "KIMMIE,", ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the Government's Motion to File Justification Memorandum Under Seal, filed June 13, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Justification Memorandum be filed under seal.

**So Ordered this 13th day of June, 2007.**

                                        **/s/ Frances M. Tydingco-Gatewood**
                                                     Chief Judge