LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| ) Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| THU LOAN THAI DANG ) a/k/a "KIMMIE,", ) | |
| ) Defendant. ) | |

Based on the Stipulation of Parties to Continue Status Hearing and Sentencing, filed June 13, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** the Sentencing and Status Hearing be continued to October 18, 2007, at the hour of 9:30 a.m.

**So Ordered.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 15, 2007**