# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| THU LOAN THAI DANG, aka KIMMIE, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Government's Motion for Downward Departure Under USSG § 5K1.1. and Motion for Additional One-level Departure for Acceptance of Responsibility are both **GRANTED**. (Docket Nos. 168 and 169) The extent of departure will be determined at the sentencing hearing scheduled for October 18, 2007 at 9:30 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Sep 25, 2007**