✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

United States of America

**NOTICE**

V.

Thu Loan Thai Dang

CASE NUMBER: CR-03-00095-002

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Status Hearing and Sentencing**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, October 18, 2007 at 9:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Wednesday, November 21, 2007 at 8:30 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 17, 2007**          /s/ Leilani R. Toves Hernandez
DATE                          (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Curtis C. Van de Veld, Esq.
     U.S. Probation Office
     U.S. Marshals Service