LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 16 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00095 |
| Plaintiff, | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| vs. | |
| THU LOAN THAI DANG a/k/a KIMMIE, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, THU LOAN THAI DANG a/k/a KIMMIE, by and through her attorney, Curtis C. Van de Veld, and hereby stipulate and request that the Sentencing hearing currently set for November 21, 2007, be continued to a later date to be set by the Court. The parties make this request for the following reasons:

1. Government counsel will be off-island during November 16-25, 2007;

2. Law enforcement agents from on- and off-island and who are familiar with the

ORIGINAL

defendant's cooperation will be available via video-teleconference should the court and/or the defendant wish to examine them. However, the following dates in Guam or California as indicated are unavailable for them because of previously scheduled holiday and other work-related plans: DEA (Guam) Michelle Jong - December 21-30, 2007; IRS-CID (Guam) Beverly Ida - November 26 - December 2, 2007; and December 21-26, 2007; DEA (California) Jonathan Anderson - November 27-28, 2007; DEA (California) Matthew Rammes - November 15-20, and 22; December 24-28, 2007; DEA (California) Brian Keenan - December 21, 2007 to January 3, 2008. A video teleconference for the agents in California will be necessary for the hearing which should be scheduled in the morning to allow for the different time zones.

3. The defendant may also be testifying in the resentencing hearing in U.S. v. Duane Anthony Calvo, CR 05-00016, which is currently set for December 7, 2007.

SO STIPULATED:

*If the matter can be scheduled between December 4 to 7, 2007.*

11-15-07
Date

CURTIS C. VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11-14-07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

2