LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00095 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| THU LOAN THAI DANG, ) | |
| a/k/a KIMMIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the Stipulation of parties to continue the sentencing and for good cause shown,

**IT IS HEREBY ORDERED** sentencing currently scheduled to commence on November 21, 2007, be continued to December 4, 2007, at 8:00 a.m.

IT IS SO ORDERED.

                                              /s/ **Frances M. Tydingco-Gatewood**
                                                  **Chief Judge**
                                                 **Dated: Nov 19, 2007**