AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Thu Loan Thai Dang          CASE NUMBER:  CR-03-00095-002

TYPE OF CASE:

☐ **CIVIL**       X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Tuesday, December 4, 2007 at 8:00 a.m.** | **Wednesday, January 9, 2008 at 8:30 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 3, 2007**                    /s/ Leilani R. Toves Hernandez
DATE                                    (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Curtis C. Van de Veld, Esq.
      U.S. Probation Office
      U.S. Marshals Service