AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

V.

**THU LOAN THAI DANG**

**NOTICE**

CASE NUMBER: **CR-03-00095-002**

TYPE OF CASE:

☐ CIVIL     X    **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | DATE AND TIME<br>January 15, 2008 at 2:00 P.M. |

TYPE OF PROCEEDING

**STATUS HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 14, 2008      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
           Curtis Van de Veld
           U.S. Probation Office
           U.S. Marshals Service