# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    vs.<br><br>**THU LOAN THAI DANG**<br>**aka KIMMIE,**<br><br>    Defendant. | CRIMINAL CASE NO. **03-00095-002**<br><br>**MINUTES** |

## STATUS CONFERENCE
## January 15, 2008, at 2:15 p.m.

**Notes:** Appearing on behalf of Plaintiff was Assistant U.S. Attorney Marivic P. David. Appearing for Defendant was Curtis Van de Veld, Esq.

Chief Judge Tydingco-Gatewood and counsel discussed the status of the case and defendant's involvement in other pending cases.

The conference concluded at 2:29 p.m.

Dated: January 15, 2008.

Prepared by Virginia T. Kilgore and Carmen B. Santos