# UNITED STATES DISTRICT COURT

for

District of Guam

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | **Thu Loan Thai Dang** | Case Number: | **CR 03-00095-002** |
| Name of Sentencing Judicial Officer: | Honorable Frances M. Tydingco-Gatewood | | |
| Date of Original Sentence: | January 9, 2008 | | |

Original Offense: **Ct I:** Conspiracy to Import over 1.5 Kilograms of Methamphetamine Hydrochloride, 21 USC §§952(a), 960, & 963; **Ct III:** Conspiracy to Distribute over 1.5 Kilograms of Methamphetamine Hydrochloride, 21 USC §§960 & 963; **Ct IV:** Importation of over 1.5 Kilograms of Methamphetamine Hydrochloride, 21 USC §§952(a) & 960; **Ct VI:** Distribution of over 1.5 Kilograms of Methamphetamine Hydrochloride, 21 USC §§841(a)(1); **Ct VII:** Conspiracy to Launder Money Instruments, 18 USC §§1956(a)(1)(B)(i), (a)(2)(B)(i) & (h); **Ct VIII:** Forfeiture Allegation, 21 USC §§853 and 18 USC §982.

Original Sentence: Time served (83) days for each of Counts I, III, IV, VI (concurrent), followed by a five year term of supervised release for Counts I, III, IV, VI and a three year term of supervised release for Count VII (concurrent) with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to use of drugs or alcohol; and pay a $500 special assessment fee.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 9, 2008 |

**NONCOMPLIANCE SUMMARY**

<u>Violation Number</u>  <u>Nature of Noncompliance</u>

Ms. Dang has been ordered to participate in a substance abuse program approved by the U.S. Probation Office. The Texas Christian University Drug Screen conducted by the undersigned Probation Officer concludes that substance abuse treatment is not needed at this time. Ms. Dang scored a zero (0) on the assessment, confirming that there is no need for treatment at this time. In addition, Mr. Dang consistently tested negative for use of illicit substances and alcohol during her period of pretrial release, as well as since the commencement of her term of supervised release. Mr. Dang will continue to be monitored through drug and alcohol tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

| Reviewed by: | | Respectfully submitted, |
|---|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist.<br>Supervision Unit Leader | by: | /s/ JOHN W. SAN NICOLAS II<br>U.S. Probation Officer |
| Date: March 14, 2008 | | Date: March 14, 2008 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ No Action.

☐ Other