| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00095-002 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **REQUEST TO TRAVEL** |
| THU LOAN THAI DANG, | ) ) | |
| Defendant. | ) ) ) | |

On January 9, 2008, Thu Loan Thai Dang was sentenced by the Honorable Frances Tydingco-Gatewood for <u>Count I:</u> Conspiracy to Import over 1.5 Kilograms of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 952(a), 960, and 963; <u>Count III:</u> Conspiracy to Distribute over 1.5 Kilograms of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 960 and 963; <u>Count IV:</u> Importation of over 1.5 Kilograms of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 952(a) and 960; <u>Count VI:</u> Distribution of over 1.5 Kilograms of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1); <u>Count VII:</u> Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(I), (a)(2)(B)(I), and (h); and <u>Count VIII:</u> Forfeiture Allegation, in violation of 21 U.S.C. § 853 and 18 U.S.C. § 982. She received an 83 day term of imprisonment (time served), with Counts I, III, IV, and VI to be served concurrently, followed by a five year term of supervised release, for Counts I, III, IV, and VI and a three year term of supervised release, for Count VII to be served concurrently. Supervised release conditions to include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; submit up to eight drug tests a month for use of a controlled substance; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol; and pay a $500 special assessment fee.

Request to Travel
Re: DANG, Thu Loan Thai
Criminal Case No. 03-00095-002
June 10, 2008
Page 2


Ms. Dang has requested to travel to Ho Chi Min City, Vietnam to visit her family and for vacation purposes. Ms. Dang plans to depart Guam on June 29, 2008 and return on July 29, 2008.

Ms. Dang completed her administrative drug testing requirement on March 24, 2008 and continues to be subjected to drug and alcohol testing with negative results. Her drug treatment condition was suspended by the Court on March 18, 2008 because she had no prior history of substance abuse. In addition, she submitted to a DNA sample on May 13, 2008 and paid her special assessment fee on March 17, 2008. This Officer supports the travel request and seeks Court approval.

Respectfully submitted,
ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     File

| PROB 37<br>(3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**Thu Loan Thai DANG**
Criminal Case No. 03-00095-002
SS# XXX-XX-9919
DOB: XX-XX-1972
HT: 5 ft 1 in
WT: 100 lbs

DATE:     **June 10, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO:     **Ho Chi Min City, Vietnam via Taipei, Taiwan**

FROM     **June 29, 2008**     AND RETURNING     **July 29, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit with family for vacation purposes.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.     **You shall abide by your conditions of supervised release while in Ho Chi Min City, Vietnam;**
2.     **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**
3.     **You shall call your probation officer if you change accommodation/location; and**
4.     **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II

UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS     ☐ APPROVED     ☐ DISAPPROVED