| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Thu Loan Thai DANG** 
Criminal Case No. 03-00095-002
SS# XXX-XX-9919
DOB: XX-XX-1972
HT: 5 ft 1 in
WT: 100 lbs

DATE: **June 10, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Ho Chi Min City, Vietnam via Taipei, Taiwan**

FROM **June 29, 2008** AND RETURNING **July 29, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit with family for vacation purposes.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Ho Chi Min City, Vietnam;**
2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**
3. **You shall call your probation officer if you change accommodation/location; and**
4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS



X APPROVED     ☐ DISAPPROVED

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 11, 2008**

Case 1:03-cr-00095    Document 210    Filed 06/11/2008    Page 1 of 1