| | | |
|---|---|---|
| Rev. 5-10-2007 | United States District Court, District of Guam | |

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*      (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME<br>PETER C. PEREZ, ESQ. | 2. PHONE NUMBER<br>(671)477-8064/5 | 3. DATE<br>JULY 30, 2008 |
|---|---|---|
| 4. MAILING ADDRESS<br>DNA Bldg, Ste. 300 | 5. CITY<br>Hagatna | 6. STATE 7. ZIP CODE<br>GU 96910 |
| 8. CASE NUMBER<br>CR03-00095 | 9. CASE NAME<br>Thu Loan Thai Dang | 10/11. DATES OF PROCEEDINGS<br>FROM 3/21/07 & 1/14/03 |
| 12. PRESIDING JUDICIAL OFFICIAL<br>Honorable Tydingco-Gatewood | LOCATION OF PROCEEDINGS | |
| | 13. CITY | 14. STATE |

15. ORDER FOR
- [ ] APPEAL    [XX] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
- [ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | 3/21/07 & 1/09/08 | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
JUL 31 2008
JEANNE G. QUINATA
Clerk of Court

17. ORDER

- [ ] FTR Gold Format. Free player software included on CD.
- [XX] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [ ] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

| Media: | [XX] CD | [ ] DVD | |
|---|---|---|---|
| NO. CD/DVD(s) | NO. COPIES | COSTS | |
| 3 | 1 | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| PROCESSED BY Lu M B-m Nangle 7/31/08 | PHONE NUMBER |
| ORDER RECEIVED | DATE 7/30/08 BY ds | DEPOSIT PAID |
| DEPOSIT PAID | 7/31/08 PD. | TOTAL CHARGES |
| CD/DVD DUPLICATED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 7/31/08 ds | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 7/31/08 | TOTAL DUE |



CR-03-00095
USA VS. DANG

MARCH 21, 2007
HEARING

CR-03-00095
USA VS. DANG

JAN. 09, 2008
HEARING PART 1



CR-03-00095
USA VS. DANG

JAN. 09, 2008
HEARING PART 2

Pete Perez's ofc 7/31/08
ACKNOWLEDGED RECEIPT
Sign: [signature]
Print: Jason Martir
Date: 07/31/08